# EXHIBIT 1 to COMPLAINT

# SBWU HOMEPAGE



Our Fight    Take Action    Our Story    What's New    Contact    Merch Store

Strike Fund Donation

## OUR UNION IS
# STRONG AND UNITED



## Our Union Movement

We're building a movement of Starbucks partners to win a real voice on the job and the support and protections we need to succeed.

Our union is growing every day. We've won elections at nearly 700 locations. We're making a difference in our stores – but we still need to land a fair union contract.