**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WORKERS UNITED,**<br>*Plaintiff,*<br><br>**v.**<br><br>**STARBUCKS CORPORATION,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 26-2202** |

**ORDER RE: DEFENDANT'S MOTION TO DISMISS**

**AND NOW**, on this 2nd of October 2026, upon consideration of Defendant's Motion to Dismiss (ECF 29), Plaintiff's Response in Opposition (ECF 47), Defendant's Reply (ECF 51, 53), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 26\26-2202 Workers United v Starbucks