**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WORKERS UNITED<br><br>Plaintiff,<br>v.<br><br>STARBUCKS CORPORATION<br><br>Defendant. | Civil Action No. 2:26-cv-02202<br><br>(Oral Argument Requested) |

**<u>DEFENDANT STARBUCKS CORPORATION'S MOTION TO TRANSFER</u>**

Defendant Starbucks Corporation, by and through its undersigned counsel, moves this Court for entry of the [Proposed] Order Granting Defendant Starbucks Corporation's Motion to Transfer filed contemporaneously herewith for the reasons set forth in the accompanying Memorandum of Law, and transferring the above-captioned action to the U.S. District Court for the Southern District of Iowa pursuant to 28 U.S.C. § 1404(a) and for any other relief that the Court deems just and proper.

Starbucks requests oral argument on this Motion.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Shannon E. McClure*
Shannon E. McClure
Maya C. Bradley
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Tel: (215) 569-5500
shannon.mcclure@blankrome.com
maya.bradley@blankrome.com

Sharon L. Nelles (admitted *pro hac vice*)
Dustin F. Guzior (admitted *pro hac vice*)
Alexander N. Gross (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
nelless@sullcrom.com
guziord@sullcrom.com
grossa@sullcrom.com

Aviv S. Halpern (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Tel: (650) 461-5600
halperna@sullcrom.com

*Counsel to Starbucks Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically notify all counsel of record.

Dated: October 15, 2026

*/s/ Shannon E. McClure*
Shannon E. McClure