**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WORKERS UNITED,**<br>*Plaintiff,*<br><br>**v.**<br><br>**STARBUCKS CORPORATION,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 26-2202** |

**ORDER RE: DEFENDANT'S MOTION TO TRANSFER**

**AND NOW**, on this 16th day of November 2026, upon consideration of Defendant's Motion to Transfer (ECF 63), Plaintiff's Response in Opposition (ECF 76), Defendant's Reply (ECF 82), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant's Motion for a Partial Stay of Discovery (ECF 70) and Plaintiff's Motion for Leave to File Sur-Reply (ECF 86) are **DENIED AS MOOT**.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 26\26-2202 Workers United v Starbucks\26cv2202 Order re Motion to Transfer.docx